IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIBRIL DALLAS SALAMI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:22-CV-01709-M-BH |
| | § | |
| KILOLO KIJAKAZI, | § | |
| ACTING COMMISSIONER OF | § | |
| SOCIAL ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. By separate judgment, the decision of the Commissioner will be **REVERSED**, and the case will be **REMANDED** for further administrative proceedings.

**SIGNED** this 24th day of July, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE